```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH GILL, et al.,          :   CIVIL ACTION
                               :   NO. 13-7254
          Plaintiffs,          :
                               :
     v.                        :
                               :
FORD MOTOR COMPANY,            :
                               :
          Defendant.           :
```

## O R D E R

**AND NOW**, this **20th** day of **June, 2014,** it is hereby **ORDERED** that, for the reasons stated in the accompanying memorandum, Defendant's Motion to Dismiss Counts III and IV (ECF No. 18) is **GRANTED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**